FILED
APR. 2, 2007
APR - 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Comcast of Illinois **Plaintiff(s)**
Illinois Limited Liability Company

v.

Jennifer Cochran
**Defendant(s)**

and

United Credit Union

Garnishee Defendant

Case No. 06 CV 5032

Motion to dispute garnishment based on exemptions and for relief from Judgement.

Currently United Credit Union has frozen funds in the amount of $1,223.96. The amount of money that may be garnished is limited by Federal and Illinois Law. The judgement debtor has the right to assert statutory exemptions against certain money up to $4000.00 in Personal property including money in Bank accounts.

The defendant should also be relied from the judgement because she was not served the summons to appear.

Jennifer Cochran
100 Park Ave 311
Calumet City IL 60409